# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BARBARA HARRIET SEELER and THE
ESTATE OF JAMES L. BABB, JR.,

    Plaintiffs

v.

ALLSTATE FIRE & CASUALTY
INSURANCE COMPANY,

    Defendant

Case No.: 2:20-cv-00629-APG-BNW

**ORDER**

(ECF No. 9)

    Based on the parties' stipulation to submit this dispute to private binding arbitration (ECF No. 9), there is no further need for this case to remain open in this court.  I therefore grant the stipulation (ECF No. 9).  This matter shall be submitted to private, binding arbitration.  I further dismiss this case without prejudice and order the clerk of the court to close the file.

    Date: May 1, 2020.

 

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE