JOHN T. KEATING
Nevada Bar No.: 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Allstate Fire and Casualty*
*Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA HARRIET SEELER and THE ESTATE OF JAMES L. BABB JR., individuals, | CASE NO.:     2:20-cv-00629-APG-BNW |
| Plaintiff, | |
| Vs. | <u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u> |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, a Foreign Corporation; DOE EMPLOYEES I-V and ROE COMPANIES I-V, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Seeler, et. al v. Allstate
Case No.: 2:20-cv-00629-APG-BNW
Stipulation and Order to Dismiss

Trial date has not been set in this matter.

DATED this 19th day of January 2021.          DATED this 19th day of January 2021.

K E A T I N G LAW GROUP                        VAN LAW FIRM


___/s/John T. Keating_____              ____/s/Joseph Ortuno_____
JOHN T. KEATING                                JOSEPH ORTUNO, ESQ.
Nevada Bar No.: 6373                           Nevada Bar No.: 11233
9130 W. Russell Road, Ste. 200                 1290 S. Jones Blvd.
Las Vegas NV 89148                             Las Vegas, Nevada 89146
Attorney for Defendants                        Attorneys for Plaintiffs
*Allstate Fire Casualty*                       *Barbara Seeler and*
*Insurance Company*                            *James J. Babb, Jr.*

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS HEREBY ORDERED that the above-referenced action is dismissed with prejudice, with

each party to bear their own costs and attorney's fees.

DATED this 19th day of January 2021.


_____
U.S. DISTRICT COURT JUDGE


Respectfully Submitted by:

K E A T I N G LAW GROUP


___/s/John T. Keating_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendants
*Allstate Fire and Casualty*
*Insurance Company*